**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

In Re:

    Harry FM King III
      dba Benjamin Andrews & King, LLC

            Debtor(s)

Case No.: 1–19–10139–MJK
Chapter: 13

SSN:   xxx–xx–5518

## CASE OPENING DEFICIENCY

**To the Debtor(s) and Debtor(s)' Attorney:**

**The following case opening deficiencies are noted and must be promptly corrected:**

- Missing Schedules/Statements: Schedule C, Schedule G, Schedule H, Schedule I, Schedule J, Form 106Sum Summary of Assets & Liabilities, Form 107 Statement of Financial Affairs, Form 2030 Disclosure of Compensation of Attorney for Debtor, Form 113 Ch 13 Plan, Form 122C–1 Ch 13 Statement of Current Monthly Income

**To e–file:**

– Bankruptcy > Other > Amendment to Schedules and/or Statements Already Filed.
  [combine schedules into 1 pdf & attach first; the required cover sheet must be attached second]
– Bankruptcy > Other > Ch 13 (Form 122C–1) Statement of Monthly Income
– Bankruptcy > Plan > Chapter 13 Plan

**The Clerk's office is available for additional questions and training at (716) 362–3200.**

Date: January 28, 2019      Lisa Bertino Beaser, Clerk of the Bankruptcy Court
                                       By: J. Nieves, Deputy Clerk

Form defyBK2/Doc 6
www.nywb.uscourts.gov