UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

| | |
|---|---|
| IN RE: | CASE NO.: 1-19-10139-MJK |
|  | CHAPTER: 13 |
| Harry FM King, III |  |
| *dba Benjamin Andrews & King, LLC*, | **NOTICE OF APPEARANCE** |
|  |  |
| Debtor. | HON. JUDGE.: Michael J. Kaplan |

---------------------------------------------------------------X

**PLEASE TAKE NOTICE** that the undersigned hereby appears in the above-captioned Chapter 13 case on behalf of Planet Home Lending as servicer for Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2015-1, and hereby requests that all notices given or required to be given in these cases, and all papers served or required to be served in these cases, be given to and served upon the following:

> FRIEDMAN VARTOLO, LLP
> Attorneys for Planet Home Lending
> 1325 Franklin Avenue, Suite 230
> Garden City, NY 11530
> bankruptcy@FriedmanVartolo.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes all pleadings of any kind including, without limitation, all notices, motions, complaints and orders, whether written or oral, formal or informal, however transmitted, related in any way to the debtor, its property or its estates. The persons listed above request that their names and addresses be added to the mailing matrix.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Demand for Service of Papers nor any later appearance, pleading, proof of claim, claim, or suit shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) the right to trial by jury in any proceeding triable in this case or any case, controversy, or proceeding related to this case, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction or venue of this Court for any purpose other than with respect to this Notice, (v) an election of remedy, or (vi) any other right, claim, defense, setoff, or recoupment, in law or in equity, under any agreement, all of which are expressly waived.

Dated: February 14, 2019
      Garden City, New York

                              By: /s/ Adam J. Friedman, Esq.
                              Adam J. Friedman, Esq.
                              FRIEDMAN VARTOLO, LLP
                              Attorneys for Planet Home Lending
                              1325 Franklin Avenue, Suite 230
                              Garden City, NY 11530
                              T: (212) 471-5100
                              F: (212) 471-5150

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
| | : | |
|---|---|---|
| IN RE: | : | CASE NO.: 1-19-10139-MJK |
| | : | CHAPTER: 13 |
| Harry FM King, III | : | |
| *dba Benjamin Andrews & King, LLC*, | : | **NOTICE OF APPEARANCE** |
| | : | |
| Debtor. | : | HON. JUDGE.: Michael J. Kaplan |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
-------------------------------------------------------------------X

## CERTIFICATE OF SERVICE

On February 14, 2019, I served a true copy of the annexed **NOTICE OF APPEARANCE by** mailing the same by First Class Mail in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee, and the property address as indicated on the attached Service List annexed hereto.

By: /s/Adam J. Friedman

FRIEDMAN VARTOLO LLP

1325 Franklin Avenue, Ste. 230

Garden City, New York 11530

T: (212) 471-5100

F: (212) 471-5150

# S<small>ERVICE</small> L<small>IST</small>

Harry FM King, III
210 Huntington Ave
Buffalo, NY 14214
***Debtor***

Matthew Allen Lazroe
Law Office of Matthew A. Lazroe
43 Court Street, Suite 1111
Buffalo, NY 14202
***Debtor's Attorney***

Albert J. Mogavero
Chapter 13 Trustee
The Dunn Building
110 Pearl Street, 6th Floor
Buffalo, NY 14202-4111
***Trustee***